# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BOBBY RAY WYLES, JR.  
ADC #149401                                                               PLAINTIFF

v.                         NO. 4:14CV00433 JLH/JTR

CONWAY COUNTY DETENTION  
CENTER, *et al.*                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of September, 2014.

_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE